UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDRIC DIXON, | |
| Plaintiff, | 2:10-cv-1714-PMP-RJJ |
| vs. | |
| ROBERT BANNISTER, *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Motion to Stay All Further Proceedings (#31).

The Cqurt having reviewed the Motion (#31) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Stay All Further Proceedings (#31) is **GRANTED IN PART and DENIED IN PART**.

IT IS FURTHER ORDERED that the Clerk shall send a copy of Order (#28) to the Plaintiff along with a copy of this Order.

IT IS FURTHER ORDERED that a response, if any, by the Plaintiff to Defendants' Motion For Clarification (#29) must be filed on or before June 15, 2012.

DATED this  24th   day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge