UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FREDRIC DIXON,

    Plaintiff,

v.

ROBERT BANNISTER, HOWARD SKOLNICK, NEVADA DEPARTMENT OF CORRECTIONS, STATE OF NEVADA, and DR. BITAR,

    Defendants.

2:10-CV-01714-PMP-RJJ

ORDER

    IT IS ORDERED that Defendants' Motion for Clarification of the Court's Screening Order and Request for Leave to File a Subsequent Motion for Summary Judgment With Respect to Any Remaining Claims (Doc. #29) is hereby DENIED.

    IT IS FURTHER ORDERED that the Court will decline to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims. See 28 U.S.C. § 1367(c)(3). Plaintiffs' state law claims are hereby DISMISSED without prejudice to pursue those claims in state court.

DATED: May 31, 2012

_____
PHILIP M. PRO
United States District Judge