# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDRIC DIXON, | |
| Plaintiffs, | Case No. 2:10-cv-01714-PMP-NJK |
| vs. | **ORDER** |
| ROBERT BANNISTER; HOWARD SKOLNIK; DR. BITER, | |
| Defendants. | |

This matter is before the Court on Counsel for Defendant's Motion to Remove former Deputy Attorney, Kara L. Krause, from the CM/ECF Service List (#36), filed March 28, 2013.  The Court has reviewed the motion and finds there is good cause for the requested relief.  Accordingly,

**IT IS HEREBY ORDERED** that  Defendant's Motion to Remove former Deputy Attorney, Kara L. Krause, from the CM/ECF Service List (#36) is **granted**;

IT IS FURTHER ORDERED that the clerk remove Kara L. Krause from the CM/ECF Service List.

Dated this  29th  day of March, 2013.

_____
**Nancy J. Koppe**
**United States Magistrate Judge**